BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
BARBARA A. MORRIS (SBN 137680)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
 Fax: (916) 324-5205

Attorneys for Defendants
Brumfield, Dickenson and Nasir
SA2005105205

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY HALLFORD,** | CASE NO. CIV S-05-0573 FCD DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT**, good cause having been shown, Defendants' January 13, 2006 request for extension of time is granted, and Defendants Brumfield, Dickenson, and Nasir shall have up to and including February 16, 2006, in which to file and serve their responsive pleading.

DATED: January 16, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hall0573.36response