BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
BARBARA A. MORRIS (SBN 137680)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
 Fax: (916) 324-5205

Attorneys for Defendants
Brumfield, Dickenson and Nasir
SA2005105205

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY HALLFORD,** | CASE NO. CIV S-05-0573 FCD DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS A SECOND EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT:** good cause having been shown, Defendants Brumfield, Dickenson, and Nasir shall have up to and including March 20, 2006, in which to file and serve their responsive pleading.

DATED: February 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hall0573.eotresponse2