IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY HALLFORD,

        Plaintiff,                    No. CIV S-05-0573 FCD DAD P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.      <u>ORDER</u>

/

        On November 8, 2005, the court directed the United States Marshal to notify defendants Nasir, Brumfield, and Dickenson, within ten days, of the commencement of this action and to request a waiver of service of summons from each defendants. Waiver requests were sent to all defendants on November 18, 2005, and the request sent to defendant Dickenson was forwarded to a new address on December 16, 2005. The Marshal returned signed waivers for all defendants. On January 17, 2006, the court granted defendants' request for an extension of time to February 16, 2006, to respond to plaintiff's complaint. On February 13, 2006, the court granted defendants' request for an extension of time to March 20, 2006, to file and serve their response. Defendants' request for a third extension of time is before the court. The court will grant a final extension of time to April 19, 2006.

/////

Accordingly, IT IS ORDERED that:

1. Defendants' March 21, 2006 request for a third extension of time is granted;

2. Defendants Brumfield, Dickenson, and Nasir shall file and serve their response to plaintiff's complaint on or before April 19, 2006; and

3. No further extension of time will be granted for this purpose.

DATED: April 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
hall0573.eotresponse3