IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY HALLFORD,

    Plaintiff,                    No. CIV S-05-0573 FCD DAD P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.               ORDER

        Plaintiff, a pro se prisoner proceeding pro se, has filed a motion for default judgment. By order filed April 4, 2006, the court granted the defendants a final extension of time to April 19, 2006, to file and serve their response to plaintiff's complaint. On April 19, 2006, the defendants filed and served a motion to dismiss. The Clerk of the Court cannot enter defendants' default, and plaintiff is not entitled to default judgment. See Fed. R. Civ. P. 55(a) & (b). IT IS HEREBY ORDERED that plaintiff's April 24, 2006 motion for default judgment is denied.

DATED: May 2, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
hall0573.def