IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY HALLFORD,

        Plaintiff,                  No. CIV S-05-0573 FCD DAD P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.         ORDER

        Plaintiff has requested an extension of time to file objections to findings and recommendations filed December 21, 2006. Good cause appearing, IT IS ORDERED that:

        1. Plaintiff's January 3, 2007 motion for extension of time is granted; and

        2. Plaintiff's objections to the December 21, 2006 findings and recommendations shall be placed in the mail to defendants and the court on or before February 5, 2007, and defendants' reply, if any, shall be filed and served in accordance with Local Rule 78-230(m).

DATED: January 9, 2007.

                                                                DALE A. DROZD
                                                              UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
hall0573.36

1