IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY HALLFORD,

       Plaintiff,                    No. CIV S-05-0573 FCD DAD P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

       Defendants.            ORDER
_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On December 21, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Pursuant to an extension of time granted by the magistrate judge on January 10, 2007, plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 21, 2006, are adopted in full;

2. Defendants' April 19, 2006 motion to dismiss is granted;

3. Plaintiff's October 23, 2006 request for injunctive relief is denied; and

4. This action is dismissed without prejudice.

DATED: February 13, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE