IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY HALLFORD,

    Plaintiff,     No. CIV S-05-0573 FCD DAD P

  vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.     ORDER
_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action. On November 3, 2009, plaintiff filed a motion for sanctions. On January 19, 2010, plaintiff filed a motion to compel. Defendants have not opposed plaintiff's motions or otherwise responded to them. Good cause appearing, the court will direct the defendants to file an opposition or a statement of non-opposition to both of plaintiff's motions. <u>See</u> Local Rule 230(l). Accordingly, IT IS HEREBY ORDERED defendants are directed to file an opposition or a statement of non-opposition in response to plaintiff's November 3, 2009 motion for sanctions and plaintiff's January 19, 2010 motion to compel.

DATED: February 24, 2010.

DAD:9
hall0573.46

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE