IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY HALLFORD,

    Plaintiff,	No. CIV S-05-0573 FCD DAD P

  vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.	ORDER
_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 1, 2010, plaintiff filed a motion requesting that the court "nullify" as untimely defendants' motion for summary judgment.  A day later, on June 2, 2010, plaintiff filed his opposition to defendants' motion for summary judgement.  In his opposition, plaintiff explains that his June 1, 2010 motion has been rendered moot and he requests that it be withdrawn.  (See Doc. No. 77.)   Accordingly, IT IS HEREBY ORDERED that plaintiff's June 1, 2010 motion to nullify as untimely defendants' motion for summary judgment (Doc. No. 76) is denied as moot.

DATED: June 8, 2010.

                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:sj
hall0573.mots(2)

1